UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis P., <br><br> Petitioner, <br><br> v. <br><br> Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, <br><br> Respondents. | File No. 26-cv-1370 (ECT/DLM) <br><br> **ORDER** |

On February 11, 2026, Petitioner Luis P. filed a Verified Petition for Writ of Habeas Corpus, seeking his release from custody or alternatively, a bond hearing pursuant to 8 U.S.C. § 1226(a). ECF No. 1. On February 14, 2026, Respondents filed an answer, stating that "Petitioner was released from the Bishop Henry Whipple Federal Building on February 12, 2026." ECF No. 4. Accordingly, **IT IS ORDERED THAT** Petitioner Luis P.'s Verified Petition for Writ of Habeas Corpus is **DENIED WITHOUT PREJUDICE AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 17, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court